UNITED STATES DISTRICT COURT

DISTRICT OF NEW HAMPSHIRE

Tracy Adams, et al.

    v.                              Civil No. 08-cv-00425-JL

J. Myers Builders, Inc.

### ORDER AFTER PRELIMINARY PRETRIAL CONFERENCE

The Preliminary Pretrial Conference was held in chambers on **November 21, 2008**.

The Discovery Plan (document no. 8) is **approved** as submitted, with the following changes:

- **Close of discovery:**     August 7, 2009
- **Summary judgment:**     September 1, 2009

The defendant verbally clarified ¶8 of its Answer; the plaintiff did not request a formal amendment.

**SO ORDERED.**

_____
Joseph N. Laplante
United States District Judge

Dated: November 21, 2008

cc:  John P. Sherman, Esq.
     William E. Gericke, Esq.
     Andrew D. Dunn, Esq.